# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 18, 2007

133616 & (3)(7)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

TRIAL LAWYERS ASSOCIATION OF WAYNE
COUNTY JUVENILE COURT; SUE E.
RADULOVICH, P.C.; SUE E. RADULOVICH, as
Next Friend of Nadia E., a Minor; SUE E.
RADULOVICH, as Next Friend of Tommie P., a
Minor; DEBORAH TRENT; DEBORAH TRENT,
as Next Friend of Tony B., a Minor; MURIEL
SHILLINGFORD; MURIEL SHILLINGFORD, as
Next Friend of Kimberly S., a Minor; JEREMY
BRAND; JEREMY BRAND, as Next Friend of
Naomi S., a Minor; JEREMY BRAND, as Next
Friend of Kyishia R., a Minor; JEREMY BRAND,
as Next Friend of Terri N., a Minor; SYDNEY L.
RUBY; SYDNEY L. RUBY, as Next Friend of
Clarence S., a Minor; SYDNEY L. RUBY, as Next
Friend of William and Wesley D., Minors;
PATRICK DEVINE; PATRICK DEVINE, as Next
Friend of Justin S., on behalf of themselves and all
others similarly situated,
          Plaintiffs,

v                                 SC: 133616

CHIEF JUDGE, THIRD JUDICIAL CIRCUIT
COURT, and THIRD JUDICIAL CIRCUIT
COURT,
          Defendants.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief. The motion for appointment of next friends is DENIED as moot.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 18, 2007 _____          _____

t0711                                   Clerk